**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

                    Plaintiff,

- against -

DE SOI INC.,

                    Defendants.
-----------------------------------------------------------X

Case No. 1:22-cv-5479-CBA-RER

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against De Soi Inc.

Dated: Scarsdale, New York
       February 14, 2023

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                  By: */s/Dan Shaked*_____
                                       Dan Shaked, Esq.
                                       14 Harwood Court, Suite 415
                                       Scarsdale, NY 10583
                                       Tel. (917) 373-9128
                                       e-mail: ShakedLawGroup@Gmail.com